## DEWIT v. BALDWIN.

A garnishee may give in evidence upon the *scire facias*, what the absconding debtor had said, to disprove his owing him. The plaintiff may introduce other evidence, besides the garnishee, to prove his indebtedness.

An issue joined by the parties upon a *scire facias* against a garnishee, may be tried by the jury.

SCIRE FACIAS against Baldwin as debtor to one Dimock, an absent absconding debtor. Issue was closed to the jury. Question was put to the court, whether such a cause might be tried by the jury. By the court it may.

The question was — Whether Baldwin owed Dimock; what Dimock had said previous to any controversy was admitted to be given in evidence by the defendant, to prove that he did not owe him; on the ground that the plaintiff stood in Dimock's right: and the plaintiff was allowed to produce other evidence besides the defendant's testimony, to prove the indebtedness of the defendant, taking a distinction between the case in chancery where the petitioner calls upon the respondent to disclose upon oath, and where the law lets a party

in to testify for the benefit of both; one is by the act of the plaintiff, the other by act of law.